FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 05 2012
BY
DEPUTY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID E. MACK )
    Plaintiff )
)
) Case No. 4:12CV314
vs )
)
)
CAPITAL MANAGEMENT SERVICES L.P. )
    Defendant )
)
)

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, David E Mack, comes before this Court with this Motion for Entry of Default Judgment against Defendant CAPITAL MANAGEMENT SERVICES L.P. and states as follows:

1. Plaintiff has made all filings required of this Court to bring a cause of action against the Defendant, CAPITAL MANAGEMENT SERVICES L.P., for damages under the FCRA 15 U.S.C. § 1681 et seq.

2. Plaintiff has made proper service of the summons and Complaint to the Defendant, CAPITAL MANAGEMENT SERVICES L.P., as evidenced by the affidavit and proof of mailing by Gary Storm, an independent process server.

3. The time for the Defendant to respond is past and there has been no response to the service of summons and Complaint in this matter and Defendant is therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

WHEREFORE, the Plaintiff respectfully moves the Court to enter an order of Default Judgment against the Defendant, CAPITAL MANAGEMENT SERVICES L.P., in the amount of $1,000 for statutory damages as well as the costs of this action as stated in the annexed bill of costs and for which let execution issue.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642