UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DAVID E. MACK,** § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-314-RC-ALM |
| § | |
| **CAPITAL MANAGEMENT** § | |
| **SERVICES, L.P.** § | |
| § | |
| Defendant § | |

### AMENDED CERTIFICATE OF SERVICE FOR DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS AND SUPPORTING BRIEF

The undersigned does hereby certify that on the **22nd of July 2012**, a true and correct copy of the foregoing was served by certified mail return receipt requested via the United States Postal Service on the following:

David E. Mack                                                *Via CMRRR*
7720 McCallum Blvd. #2099
Dallas, TX 75252
*Pro Se* Plaintiff

                                                                     __/s/Kandy E. Messenger__
                                                                    Kandy E. Messenger
                                                                    State Bar No. 24053360
                                                                    Fed. ID. 638777
                                                                    2211 Norfolk Suite 1150
                                                                    Houston, Texas    77098
                                                                    Tel:  (713) 523-8338
                                                                    Fax:  (713) 523-9422
                                                                    messenger@sprottrigby.com
                                                                    LEAD ATTORNEY FOR DEFENDANT
                                                                    CAPITAL MANAGEMENT SERVICES, LP.