**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 1 2012

BY
DEPUTY

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| DAVID E. MACK | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 4:12CV314 |
| vs | ) | |
| | ) | |
| | ) | |
| CAPITAL MANAGEMENT SERVICES, LP | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, David E Mack, files this Motion for Enlargement of Time, and in support thereof would show:

1. Defendant has filed a Motion to Dismiss and Answer subject thereto with the court in response to Plaintiff's Complaint alleging improper service.

2. Immediately upon Defendant's filing of said motion the Court issued an order for both parties to conduct their Rule 26(f) conference by August 20, 2012 and submit their joint report no later than September 4, 2012.

3. The case is also set for a Rule 16 management conference on September 17, 2012.

4. Plaintiff requests an enlargement of time to respond to Defendant's Motion to Dismiss until August 30, 2012 to conduct the 26(f) conference and confer with Defense counsel regarding said motion.

WHEREFORE, the Plaintiff respectfully requests the Court allow Plaintiff additional time to respond as requested.

Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the parties listed below by first class mail USPS.

Dated August 1, 2012

David E Mack

Kandy Messenger
SPROTT RIGBY NEWSOM ROBBINS,
& LUNCEFORD, P.C.
2211 Norfolk, Suite 1150
Houston, TX 77098