UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-314 |
| § | |
| CAPITAL MANAGEMENT § | |
| SERVICES, L.P. § | |
| Defendant § | Jury Demand |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) Plaintiff, DAVID E. MACK ("Plaintiff"), and Defendant, CAPITAL MANAGEMENT SERVICES, LP ("Defendant"), file this Stipulation of Dismissal with prejudice, and respectfully requests the Court to order the following:

1. DAVID E. MACK is the only plaintiff.

2. CAPITAL MANAGEMENT SERVICES, LP is the only defendant.

3. Plaintiff no longer wishes to pursue this matter; therefore, Plaintiff moves to dismiss all claims asserted against Defendant with prejudice. Defendant, who has answered, agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

6. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

7. Plaintiff, DAVID E. MACK, and Defendant, CAPITAL MANAGEMENT SERVICES, LP, respectfully request the Court to dismiss, with prejudice, all

claims asserted against Defendant CAPITAL MANAGEMENT SERVICES, LP in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DATED: 15th day of September, 2013

Respectfully submitted,

By: _____
David E. Mack
7720 McCallum Blvd. #2099
Dallas, TX 75252
(972) 735-9642 Telephone
PLAINTIFF PRO SE


By:/s/Kandy E. Messenger
Kandy E. Messenger
State Bar No.24053360
Federal ID No. 638777
SPROTT RIGBY NEWSOM
ROBBINS & LUNCEFORD PC
2211 Norfolk, Suite 1150
Houston, Texas 77098
(713) 523-8338
(713) 523-9422 (Fax)
messenger@sprottrigby.com
ATTORNEY FOR PLAINTIFF
CAPITAL MANAGEMENT
SERVICES, LP

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th day of September 2013, a true and correct copy of the foregoing was served by regular mail via the United States Postal Service and email on the following:

| | |
|---|---|
| Kandy E. Messenger<br>2211 Norfolk Suite 1150<br>Houston, Texas 77098 | *Via Email: (messenger@sprottrigby.com)*<br>*Via Regular Mail* |

_____
David E. Mack